**Order entered April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00169-CV

### TOM BENSON, D/B/A LOW PRICE BAIL BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-14-R0012-D**

## ORDER

Before the Court is appellant's April 14, 2015 motion to extend time to file brief and order the Dallas County Clerk to show cause why the supplemental clerk's record, ordered to be filed no later than March 30, 2015, has not been filed. We **GRANT** the motion to the extent we **ORDER** Dallas County Clerk John F. Warren to file, **no later than April 24, 2015,** a supplemental clerk's record containing the record from the Richardson municipal court in cause number MC-14-R0012-D and all other pleadings originally filed in County Court at Law No. 1 in cause number CC-13-04944-A. As the appellate record is not complete, appellant's brief is not yet due. It shall be filed within thirty days of the filing of the supplemental clerk's record. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to all parties and to Mr. Warren.

/s/     CRAIG STODDART
          JUSTICE